AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID FORTE<br>JOHN YOUNIS, and<br>GREGORY MANNING | ) Case No. 1:22-mj-06014-MPK |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 2016 - August 2016   in the county of   Norfolk   in the
_____   District of   Massachusetts  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit securities fraud |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Jenny Shelton.

☑ Continued on the attached sheet.

/s/ Jenny Shelton

*Complainant's signature*

Jenny Shelton, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   January 18, 2022

*Judge's signature*

City and state:   Boston, Massachusetts    Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*